UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

RICHARD SCHNEIDER,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/2025

23 Mag. 6231; 25 Cr. __ (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court shall hold a change-of-plea hearing on **June 16, 2025**, at **2:00 p.m.**, in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED.

Dated: June 2, 2025
       New York, New York

                                             ANALISA TORRES
                                        United States District Judge